IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MILTON LEWIS,

      Appellant,

v.

      Case No.  5D22-2642
      LT Case No. 2001-CF-034524-A

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed January 10, 2023

3.800 Appeal from the Circuit Court
for Brevard County,
Tesha Ballou, Judge.

Milton Lewis, Daytona Beach, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Kristen L.
Davenport, Assistant Attorney
General, Daytona Beach, for
Appellee.


PER CURIAM.

     AFFIRMED.

LAMBERT, C.J., EVANDER and EISNAUGLE, JJ., concur.